UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:11CV-631-H

**KENNETH J. WEST**                                                              **PLAINTIFF**

v.

**CHRISTOPHER GROSSMAN** *et al.*                                      **DEFENDANTS**

## MEMORANDUM OPINION

By Order entered December 28, 2011, the Court directed Plaintiff Kenneth J. West, who notified the Court of his release from incarceration, either to pay the $350.00 balance of the filing fee to the Clerk of Court or to file a non-prisoner application to proceed without prepayment of fees. The Court warned Plaintiff that failure to comply with the Order within 30 days would result in dismissal of the action.

Thirty days have passed, and the Court's records reveal that Plaintiff failed to comply. Accordingly, the Court will dismiss this action by separate Order for failure to prosecute and for failure to comply with a prior Order of this Court.

Date:

cc:     Plaintiff, *pro se*
4412.005